UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIE TINKHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SPRINT SPECTRUM L.P. d/b/a/ SPRINT NEXTEL,<br><br>Defendant. | Case No. 2:11-cv-00591-SDW-MCA |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

PLAINTIFF JULIE TINKHAM AND HER COUNSEL HEREBY GIVE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, she is dismissing the above-referenced action without prejudice.

Dated:  May 12, 2011                Respectfully submitted,

                        LIEFF, CABRASER, HEIMANN &
                        BERNSTEIN, LLP


                        By:     */s/ Daniel R. Leathers*
                                Daniel R. Leathers

                        Rachel Geman
                        Daniel R. Leathers (DL4995, New Jersey State Bar 1044-2009)
                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                        250 Hudson St., 8th Floor
                        New York, New York 10013-1413
                        Tel: (212) 355-9500
                        Fax: (212) 355-9592
                        Email: rgeman@lchb.com
                        Email: dleathers@lchb.com

922160.1

        Michael W. Sobol
Katherine M. Lehe
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
Email: msobol@lchb.com
Email: klehe@lchb.com

*Attorneys for Plaintiff and the Proposed Class*

**SO ORDERED:**

Date: _____   _____
                                                            Magistrate Judge Madeline C. Arleo

922160.1