UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIE TINKHAM, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br>SPRINT SPECTRUM L.P. d/b/a/ SPRINT NEXTEL,<br><br>　　　　　　　Defendant. | Case No. 2:11-cv-00591-SDW-MCA |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

PLAINTIFF JULIE TINKHAM AND HER COUNSEL HEREBY GIVE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, she is dismissing the above-referenced action without prejudice.

Dated:　May 12, 2011

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:　　/s/ Daniel R. Leathers
　　　　Daniel R. Leathers

Rachel Geman
Daniel R. Leathers (DL4995, New Jersey State Bar 1044-2009)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson St., 8th Floor
New York, New York 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592
Email: rgeman@lchb.com
Email: dleathers@lchb.com

922160.1

Michael W. Sobol
Katherine M. Lehe
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
Email: msobol@lchb.com
Email: klehe@lchb.com

*Attorneys for Plaintiff and the Proposed Class*

So Ordered
this 13th day of May 2011
Susan D. Wigenton, U.S.D.J.